**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**
www.flmb.uscourts.gov

In re:  Case No. 2:24-bk-00004-FMD
 Chapter 13
Stephen Francis Boone and
Wendy Dawn Boone

      Debtors.
_____/

**TRUSTEE'S UNFAVORABLE RECOMMENDATION**
**AND OBJECTIONS TO CONFIRMATION OF THE PLAN**

TO: Clerk, United States Bankruptcy Court

1. The Debtors' Petition for Relief to Chapter 13 was filed on January 2, 2024.

2. <u>Trustee's Recommendation to the Court</u>. The Trustee cannot recommend confirmation of the Chapter 13 Plan at this time for the following reason(s):

3. It does not appear that the Debtors have dedicated all disposable income to the proposed Plan as required by 11 U.S.C. §1325(b)(1)(B).

    a. The Trustee hereby requests/has requested the following additional documents pursuant to the District-wide Administrative Order Prescribing Procedures for Chapter 13 Cases, to determine if the Debtors have dedicated all disposable income to the Plan:

        income tax return for 2023

    b. Debtors' Current Monthly Income **(Form 122C-1)** needs to be amended to

        correct line 2 because it should be $6,955.00per month & $1,452.00 per month respectively.

    c. Debtors' Current Monthly Income **(Form 122C-2)** needs to be amended to

correct line(s) 16 & 23 because they are overstated

correct line 30 to list $0 or provide proof to the Trustee of the expense

   d. Based on the Debtors' Forms 122C-1 and 122C-2, respectively, the unsecured creditors are not receiving sufficient funds.

   e. Pursuant to the District-wide Administrative Order Prescribing Procedures for Chapter 13 Cases, Debtors shall timely file all tax returns and make all tax payments and deposits when due. (However, if Debtors are not required to file tax returns, Debtors shall provide Trustee with a statement to that effect.) For each tax return that becomes due after the case is filed, Debtors shall provide a complete copy of the tax return, including business returns if Debtors own a business, together with all related W-2's and Form 1099's to the Trustee within 14 days of filing the return. Unless otherwise consented to by the Trustee or ordered by the Court, Debtors shall turn over to the Trustee all tax refunds in addition to regular Plan payments, beginning with the tax year <u>2023.</u> Debtors shall not instruct the Internal Revenue Service or other taxing agency to apply a refund to the following year's tax liability. **Debtors shall spend no tax refunds without first having obtained the Trustee's written consent or court approval.**

   4. The Plan violates 11 U.S.C. §1325(a)(4) because it does not pay unsecured creditors the value of what they would receive in a case under Chapter 7.

   a. The Trustee hereby requests/has requested the following additional documents pursuant to the District-wide Administrative Order Prescribing Procedures for Chapter 13 Cases, to determine if the Debtors have met the best interests of creditors test:

    income tax return for 2023

   5. To meet the requirements of 11 U.S.C. §1325(a)(4) and/or 11 U.S.C. §1325(b)(1)(B) the Debtors must dedicate all bonuses to the Plan.

   6. An Amended Plan must be filed because:

   a. The Debtors have failed to properly use the Model Plan as required by the District-wide Administrative Order Prescribing Procedures for Chapter 13 Cases. Paragraph E is not being used for an appropriate reason; if Debtor's post-petition income has changed, Debtors can simply Amend Schedule I and Form 122C-1. Furthermore, Debtors are not using the current version of the local form model plan.

b. The Plan fails to properly provide for any adequate protection payments and or modified mortgage payments to the secured creditor, Ally Financial as required by the District-wide Administrative Order Prescribing Procedures for Chapter 13 Cases.

/s/ Michael E. Cecil
Michael E. Cecil, Esquire
Florida Bar No. 722855
Staff Attorney for Chapter 13 Trustee
P.O. Box 25001
Bradenton, Florida 34206-5001
Phone: (941) 747-4644
Fax: (941) 750-9266

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Trustee's Unfavorable Recommendation and Objections to Confirmation of the Plan has been furnished electronically by CM/ECF services and/or by U.S. Mail to **Stephen Francis Boone and Wendy Dawn Boone**, Debtors, 16066 Via Solera Cir #106, Ft. Myers, Florida 33908, **Brian J Cohen, Esquire**, Attorney for Debtors, 1700 N University Drive, Suite 210, Coral Springs, Florida 33071 and the **U.S. Trustee,** 501 East Polk Street, Suite 1200, Tampa, Florida 33602 on this 14th day of January 2024.

/s/ Michel E. Cecil
Michael E. Cecil, Esquire

JMW/MEC/br